UNITED STATES OF AMERICA,

      Plaintiff,

v.                                Case No. 26-CR-94

SAMUEL STAIR et al

      Defendants.

## DEFENDANT STACEY BERRY'S
## MOTION TO RETURN TO STATE CUSTODY

Defendant Stacey Berry by and through her attorney Brian T. Fahl, of the law firm Kravit, Hovel & Krawczyk s.c., moves this Court for an order that the U.S. Marshalls return Ms. Berry to State of Wisconsin Custody at the Taycheedah Correctional Institution. In support of this motion, counsel for Berry asserts the following:

1.     Stacey Berry was charged with drug and firearm offenses in a criminal complaint (Dkt #1) and an initial appearance was scheduled for May 18, 2026.

2.     Because Stacey Berry was in the primary custody of the State of Wisconsin, United States Magistrate Judge Nancy Joseph ordered the Clerk of Court to issue a Writ of Habeas Corpus for Prosecution to produce Stacey Berry for the

initial appearance. (Dkt #53).  Ms. Berry is serving a State of Wisconsin revocation sentence at Taycheedah Correctional Institution ("TCI") until September 30, 2027[1]:



She has been in State custody since December 23, 2025:



3.      The grand jury subsequently issued an indictment charging Ms. Berry and others with drug and firearm offenses. (Dkt #102).

4.      On May 18, 2026, Ms. Berry attended the initial appearance.  She pled not guilty to the offenses. (Dkt #158). The Court then ordered Ms. Berry detained pending trial pursuant to 18 U.S.C. § 3142(e)(3). (Dkt # 159). Because she is serving a Wisconsin revocation sentence, Ms. Berry rested on the presumption and reserved the right to argue detention at a later date. (Dkt #158).

---

[1] https://appsdoc.wi.gov/lop/details/detail

5.	Ms. Berry is currently being held at the Dodge County Jail.

6.	This case has a complex case designation with the first round of discovery requiring a 1 TB hard drive. (Dkt # 148). Large multi-defendant cases in this district generally take at least eighteen months before the first defendants start to resolve their cases. *See e.g. United States v. Shields et al.*, Case No. 24-CR-170 (second superseding indictment filed on June 24, 2025 and still awaiting motion dates); *United States v. Collins et al.*, Case No. 24-CR-28 (indictment filed on February 13, 2024, and first defendant sentenced on June 12, 2025); *United States v. Daniels et al.*, Case No. 22-CR-26 (superseding indictment filed on December 13, 2022, and first defendant sentenced on January 8, 2025). So, it is unlikely that Ms. Berry's federal case will resolve before her state sentence concludes.

7.	Because Wisconsin has primary custody, Ms. Berry will receive state credit for the time that she is spending at the Dodge County Jail. However, returning to TCI would greatly benefit Ms. Berry and her work towards rehabilitation because at TCI she can enroll in intensive educational, vocational, treatment, and correctional programs. That same level of programming is not available in the Dodge County Jail.  Ms. Berry can make the most productive use of her time by enrolling in programming if she is returned to TCI.

8.	Assistant United States Attorney Katherine Halopka-Ivery was contacted about this motion and indicated that the government does not object to Ms. Berry's request.

For the foregoing reasons, Defendant Stacey Berry moves the Court for an order that the United States Marshalls return her to the custody of the State of Wisconsin at the Taycheedah Correctional Institution.

Dated this 29th day of May, 2026.

KRAVIT, HOVEL & KRAWCZYK S.C.


*/s/ Brian T. Fahl*
Brian T. Fahl
   State Bar No. 1043244
Kravit, Hovel & Krawczyk s.c.
825 North Jefferson Street - Fifth Floor
Milwaukee, WI 53202
Telephone: (414) 271-7100
Facsimile: (414) 271-8135
E-mail: btf@kravitlaw.com

*Attorneys for Defendant Stacey Berry*